IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   MAGISTRATE NO. 1:17-mj-00040-JCG

ADOLFO ROLANDO FERNANDEZ-ESTRADA

ORDER GRANTING GOVERNMENT LEAVE OF COURT
TO DISMISS THE CRIMINAL COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, on motion [4] of the United States Attorney, to dismiss without prejudice the Criminal Complaint in Magistrate No. 1:17mj40-JCG against the defendant, Adolfo Rolando Fernandez-Estrada, the Court hereby grants Leave of Court for the filing of the dismissal.

SO ORDERED this the 30th day of October, 2019.

*s/* *John C. Gargiulo*
HONORABLE JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE